IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 13-443 (RGA) |
| CLOUDERA, INC.; GROUPON, INC.; | ) |
| JPMORGAN CHASE & CO.; NOKIA INC.; | ) |
| TWITTER, INC.; VISA INC.; QUALCOMM | ) |
| INCORPORATED; RACKSPACE US, INC.; | ) |
| TRULIA, INC.; EBAY INC.; PAYPAL, INC.; | ) |
| and WAL-MART STORES, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY THE
CLAIMS AGAINST THE CUSTOMER DEFENDANTS**

Defendants hereby move to stay Plaintiff Parallel Iron, LLC's claims against Groupon, Inc., JPMorgan Chase & Co., Nokia Inc., Twitter, Inc., Visa Inc., Qualcomm Incorporated, Rackspace US, Inc., Trulia, Inc., eBay Inc., PayPal, Inc., and Wal-Mart Stores, Inc. (collectively, the "Customer Defendants"). The grounds for this motion are set forth in Defendants' opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com
  *Attorneys for Defendants*

OF COUNSEL:

Christopher Kao
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
  *Attorneys for Defendant Cloudera, Inc.*

May 10, 2013
7201795