IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, </br>      Plaintiff, </br></br>v. </br></br>CLOUDERA, INC. et al., </br>      Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 1:13-cv-00443-RGA </br> ) </br> ) </br> ) </br> ) |

## **JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Walmart") have settled Plaintiff's claims for relief against Walmart asserted in this case.

NOW, THEREFORE, Plaintiff and Walmart, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Walmart, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| January 13, 2014 | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Jeremy A. Tigan* |
| Stamatios Stamoulis #4606 </br>    stamoulis@swdelaw.com </br>Richard C. Weinblatt #5080 </br>weinblatt@swdelaw.com </br>Two Fox Point Centre </br>6 Denny Road, Suite 307 </br>Wilmington, DE 19809 </br>(302) 999-1540 | Jack B. Blumenfeld #1014 </br>    jblumenfeld@mnat.com </br>Jeremy A. Tigan #5239 </br>    jtigan@mnat.com </br>1201 North Market Street </br>P.O. Box 1347 </br>Wilmington, DE 19899 </br>(302) 658-9200 |
| **ATTORNEY FOR PLAINTIFF** </br>**PARALLEL IRON, LLC** | **ATTORNEY FOR DEFENDANT** </br>**WALMART-STORES, INC.** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>CLOUDERA, INC. et al.,<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:13-cv-00443-RGA<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant Walmart Inc. ("Walmart") announced to the Court that they have settled Plaintiff's claims for relief against Walmart asserted in this case. Plaintiff and Walmart have therefore requested that the Court dismiss Plaintiff's claims for relief against Walmart, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Walmart are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this _____ day of _____, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.